**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

---

**No. 22-1538**

---

In re:  KIM LEIGHTON MCBRIDE,

　　　　　Petitioner.

---

On Petition for Writ of Mandamus.
(Nos. 3:17-cr-00132-JAG-EWH-1, 3:19-cv-00533-JAG)

---

Submitted:  September 20, 2022                    Decided:  October 4, 2022

---

Before HARRIS, and RUSHING, Circuit Judges, and MOTZ, Senior Circuit Judge.

---

Petition denied by unpublished per curiam opinion.

---

Kim Leighton McBride, Petitioner Pro Se.

---

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Kim Leighton McBride petitions for a writ of mandamus, alleging that the district court has unduly delayed acting on his 28 U.S.C. § 2255 motion. He seeks an order from this court directing the district court to act. Our review of the district court's docket reveals that the district court has denied relief on McBride's § 2255 motion. *United States v. McBride*, No. 3:17-cr-00132-JAG-EWH-1 (E.D. Va. Aug. 31, 2022). Accordingly, because the district court has recently decided McBride's case, we deny the mandamus petition as moot. We deny McBride's motion for release on bail and dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*PETITION DENIED*

2